AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE NORTHERN District of CALIFORNIA

RUDY VELASQUEZ,
Plaintiff,

V.

CHRYSLER FINANCIAL CORPORATION,
Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV 08 1212 MMC

TO: (Name and address of Defendant)

Chrysler Financial Corporation
1000 Chrysler Dr.
Auburn Hills, Michigan 48326

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rudy Velasquez   (In Propia Persona)
58 Lobos Street
San Francisco, Calfornia 94112

(415) 504-4051

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING
CLERK

(By) DEPUTY CLERK
Helen L. Almacen

DATE  FEB 2 9 2008