1  Rodolfo Velasquez
2  58 Lobos Street
   San Francisco, CA 94112
3
4  (415) 239-4539

5  Plaintiff in:
   Propia Persona
6

7

8                   IN THE UNITED STATES DISTRICT COURT FOR
9
                    THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12

13  RODOLFO VELASQUEZ,                    No. C-08-01212-MMC

14          Plaintiff,                    PLAINTIFF' DECLARATION IN OPPOSITION
                                          TO DEFENDANT'S MOTION TO DISMISS
15  Vs                                    FOR LACK OF SUBJECT MATTER
16                                        JURISDICTION

17  CHRYSLER FINANCIAL                    Date: May 23, 2008
18                                        Time: 9:00 am
            Defendant.                    Crtrm: 7, Ninths Floor
19

20

21  I, Rodolfo Velasquez, declare as follows pursuant to 28 U.S.C § 1746:
22

23  1. I am the Plaintiff on this matter. I respectfully submit this declaration in opposition to
24     Defendant's Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter
25     Jurisdiction.   If called as a witness, I would testify to the facts set forth below.
26

27

28     **Declaration in Opposition of Motion to Dismiss**

2. I certain that this Court has jurisdiction over my claim and the subjected motion should be denied.    Chrysler took my car without my permission disregarding that I have more interest in the car than it has.    I paid at least 75% of the car in dispute, and never was behind payments.    If Chrysler refused to disclose the address where to receive payments after the closure of its mail box, I just couldn't do much, as simple as that.

3. It is clear intention of Chrysler to steal my property using the umbrella protection of its parade of attorneys.    I tireless requested that my property must be returned to me, because, it does not have nothing to do with the claim of the subjected car in dispute, however, Chrysler just disregarded my demand.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.    If called as a witness, I could and would competently testify thereto.    Executed this day April 22, 2008, at San Francisco, California.

Rodolfo Velasquez

**Declaration in Opposition of Motion to Dismiss**