BYRON J. BAHR, SBN 132019
RANDY MROCZYNSKI, SBN 156784
COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
A PROFESSIONAL CORPORATION
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
Telephone: (714) 431-1100
Facsimile: (714) 431-1119
E-mail: bbahr@cookseylaw.com
Attorneys for Defendant
DaimlerChrysler Financial Services Americas LLC, dba Chrysler Financial

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY VELASQUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CHRYSLER FINANCIAL CORPORATION,<br><br>    Defendant. | Case No.: C 08-01212 MMC<br><br>Case assigned to Hon. Maxine M. Chesney<br><br>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS LLC'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS<br>[Filed concurrently with Reply]<br><br>Complaint filed: February 29, 2008<br><br>Hearing Date:  May 23, 2008<br>Time:          9:00 a.m.<br>Courtroom:     7, 19th Floor |

Defendant, by and through its attorney, hereby requests the court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following:

1. "Order Granting Motion to Dismiss Chapter 13 of Debtor" entered on April 10, 2006, in United States Bankruptcy Court, Northern District of California, San Francisco Division, Case No. 05-35378-DM13. A true and correct copy of the Order is attached hereto as Exhibit "A".

2. "Memorandum" dated October 25, 2006, issued by United States Bankruptcy Appellate Panel of the Ninth Circuit, NC-06-1150-SPaBu, in connection

1  with bankruptcy case number 05-35378. A true and correct copy of the Memorandum
2  is attached hereto as Exhibit "B".
3      3.    "Order", filed March 9, 2007, issued in the United States Court of Appeal
4  for the Ninth Circuit, Case No. 06-17203, in connection with BAP No. NC-06-1150-
5  SPaBu. A true and correct copy of the Order is attached hereto as Exhibit "C".
6  Dated: May 1, 2008        COOKSEY, TOOLEN, GAGE, DUFFY & WOOG

By: _____
RANDY MROCZYNSKI
Attorneys for Defendant
DAIMLERCHRYSLER FINANCIAL
SERVICES AMERICAS LLC dba
CHRYSLER FINANCIAL

## PROOF OF SERVICE
C.C.P. §1013(a), C.R.C. 2003(3), 2005(i)

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 535 Anton Boulevard, Tenth Floor, Costa Mesa, California 92626-1977.

On May 2, 2008, I served the foregoing document described as **REQUEST FOR JUDICIAL NOTICE** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

X **BY REGULAR MAIL:** I deposited such envelope in the mail at 535 Anton Boulevard, Costa Mesa, California 92626. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

☐ **BY OVERNIGHT MAIL:** By depositing copies of the above document(s) in a box or other facility regularly maintained by FEDERAL EXPRESS, in an envelope or package designed by FEDERAL EXPRESS with delivery fees paid or provided for and sent to the person(s) named on the attached service list [C.C.P.§1013, 2015.5].

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 2, 2008, at Costa Mesa, California.

*Jamie Wood*

151.0120  353384.1

## SERVICE LIST

| Counsel of Record | Phone/Fax Nos. | Party |
|---|---|---|
| Rudy Velasquez<br>58 Lobos Street<br>San Francisco, CA 94772 | (415) 239-4539<br>(415) 504-4051 | Plaintiff In Pro Per |

151.0120  353384.1