BYRON J. BAHR, SBN 132019
RANDY MROCZYNSKI, SBN 156784
COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
A PROFESSIONAL CORPORATION
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
Telephone: (714) 431-1100
Facsimile: (714) 431-1119
E-mail: bbahr@cookseylaw.com
Attorneys for Defendant
DaimlerChrysler Financial Services Americas LLC, dba Chrysler Financial

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY VELASQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>CHRYSLER FINANCIAL CORPORATION,<br><br>Defendant. | Case No.: **C 08-01212 MMC**<br><br>Case assigned to **Hon. Maxine M. Chesney**<br><br>NOTICE OF ERRATA RE REQUEST FOR JUDICIAL NOTICE EXHIBITS<br><br>Complaint filed: February 29, 2008<br><br>Hearing Date: May 23, 2008<br>Time: 9:00 a.m.<br>Courtroom: 7, 19th Floor |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on May 2, 2008 Defendant DaimlerChrysler Financial Services Americas LLC electronically filed its **Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss** and its **Request for Judicial Notice in Support of Reply to Opposition to Defendant's Motion to Dismiss.**

/ / /

/ / /

/ / /

/ / /

Exhibits A, B and C, which should have been attached to **Defendant's Request for Judicial Notice in Support of Reply to Opposition to Defendant's Motion to Dismiss**, were inadvertently attached instead to **Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss.**

Dated: May 19, 2008          COOKSEY, TOOLEN, GAGE, DUFFY & WOOG

By: _____
BYRON J. BAHR
Attorneys for Defendant
DAIMLERCHRYSLER FINANCIAL
SERVICES AMERICAS LLC dba
CHRYSLER FINANCIAL

**PROOF OF SERVICE**
C.C.P. §1013(a), C.R.C. 2003(3), 2005(i)

STATE OF CALIFORNIA, COUNTY OF ORANGE

  I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 535 Anton Boulevard, Tenth Floor, Costa Mesa, California 92626-1977.

  On May 19, 2008, I served the foregoing document described as **NOTICE OF ERRATA RE REQUEST FOR JUDICIAL NOTICE EXHIBITS** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

  **SEE ATTACHED SERVICE LIST**

X **BY REGULAR MAIL:** I deposited such envelope in the mail at 535 Anton Boulevard, Costa Mesa, California 92626. The envelope was mailed with postage thereon fully prepaid.

  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

☐ **BY OVERNIGHT MAIL:** By depositing copies of the above document(s) in a box or other facility regularly maintained by FEDERAL EXPRESS, in an envelope or package designed by FEDERAL EXPRESS with delivery fees paid or provided for and sent to the person(s) named on the attached service list [C.C.P.§1013, 2015.5].

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 19, 2008, at Costa Mesa, California.

                _____
                Jamie Wood

## SERVICE LIST

| Counsel of Record | Phone/Fax Nos. | Party |
|---|---|---|
| Rudy Velasquez<br>58 Lobos Street<br>San Francisco, CA 94772 | (415) 239-4539<br>(415) 504-4051 | Plaintiff In Pro Per |

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977