IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RUDY VELASQUEZ,

        Plaintiff,

v.

CHRYSLER FINANCIAL CORPORATION,

        Defendant.
_____/

No. CV-08-1212 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** defendant's motion to dismiss is hereby GRANTED, and the complaint is hereby DISMISSED without leave to amend and without prejudice to plaintiff's refiling his claims in state court.

Dated: May 19, 2008

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk